### CASEY *v.* CASEY, executor.

HILL, J. The exceptions to the judge's rulings on the admissibility of certain evidence during the trial of the case, and to certain charges of the court to the jury, and omission to charge, show no error. The evidence, though conflicting, is sufficient to authorize the verdict, and the court did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur.*

No. 3158. JANUARY 17, 1923.

Equitable petition. Before Judge Highsmith. Camden superior court. February 18, 1922.

*Bennet, Twitty & Reese,* for plaintiff in error.

*S. C. Townsend* and *Cowart & Vocelle,* contra.